In the Matter of JAMES T. MCNAMARA, Appellant, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York et al., Respondents.

Argued October 14, 1948; decided October 18, 1948.

*Aaron Frank, Charles Horowitz, Nathan L. Samuelson* and *Benjamin Gassman* for appellant.

*Louis J. Lefkowitz* and *Paxton Blair* for Howard Henig, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.